IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **RICO LAMAR BALLARD,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 5:21-cv-141 (MTT) |
| | ) |
| **GAINES,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

### ORDER

United States Magistrate Judge Charles H. Weigle recommends denying Plaintiff Rico Ballard's motion for preliminary injunctive relief. Doc. 60. Ballard objected (Doc. 62), so pursuant to 28 U.S.C. § 636(b)(1), the Court reviews de novo the portions of the Recommendation to which he objects. After review, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation (Doc. 60) is **ADOPTED** and made the order of the Court. Accordingly, Ballard's motion for preliminary injunctive relief (Doc. 39) is **DENIED**.

The objection also takes issue with the Magistrate Judge's denial (Doc. 7) of Ballard's motion to appoint counsel (Doc. 3). Doc. 62 at 1. "A judge of the court may reconsider any pretrial matter under this subparagraph (A) where it has been shown that the magistrate judge's order is clearly erroneous or contrary to law." 28 U.S.C. § 636(b)(1)(A); *see also Brown v. United States*, 748 F.3d 1045, 1055 (11th Cir. 2014); *Muhammad v. HSBC Bank USA, N.A.*, 399 F. App'x 460, 462 (11th Cir. 2010). Here,

-2-

Ballard has not made either of these showings, so to the extent that the objection is additionally construed as a motion for reconsideration, that motion (Doc. 62) is **DENIED**.

**SO ORDERED**, this 25th day of January, 2022.

<u>S/ Marc T. Treadwell</u>
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT