IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| RICO LAMAR BALLARD, | * |
| Plaintiff, | * |
| v. | Case No. 5:21-cv-141-MTT |
| | * |
| Officer GAINES, et al., | |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated March 1, 2023, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendants. Plaintiff shall recover nothing of Defendants. Defendants shall also recover costs of this action.

This 1st day of March, 2023.

David W. Bunt, Clerk

s/ Shabana Tariq, Deputy Clerk